Antonio Dellamorgia, Appellant, *v.* Harry Weinberg,
Respondent.

Submitted January 16, 1952; decided January 25, 1952.

*Stephen R. J. Roach* for appellant.

*William T. Gallagher* and *Leo F. Potts* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.